UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| MATTHEW S. HARRINGTON and STEPHANIE L. HARRINGTON, <br><br> Plaintiffs, <br><br> v. <br><br> VON BARON LEGAL TEAM d/b/a THE RETENTION GROUP, <br><br> Defendant. | Case No. 3:22-cv-50007 <br><br> Honorable Iain D. Johnston |

**ATTORNEY FEES AND COSTS**

**Attorney Fees:**

| Date | Description | Attorney/Staff | Rate | Time | Amount |
|---|---|---|---|---|---|
| 12/8/2021 | Reviewed documents to verify potential causes of action | Nathan Volheim | $375.00 | 0.6 | $225.00 |
| 12/14/2021 | Researched proper defendant | Nathan Volheim | $375.00 | 0.8 | $300.00 |
| 12/16/2022 | Verified facts to determine if all elements of ICFA are present | Nathan Volheim | $375.00 | 0.6 | $225.00 |
| 1/19/2022 | Drafted First Amended Complaint | Nathan Volheim | $375.00 | 3.6 | $1,350.00 |
| 1/20/2022 | Final revisions of First Amended Complaint | Nathan Volheim | $375.00 | 0.5 | $187.50 |
| 1/21/2022 | Filed First Amended Complaint and sent out Waiver of Service | Kevin Gilman | $125.00 | 1.0 | $125.00 |
| 1/25/2022 | Filed Executed Waiver with Court | Kevin Gilman | $125.00 | 0.1 | $12.50 |
| 3/22/2022 | Drafted Motion for Entry of Default Judgment | Nathan Volheim | $375.00 | 1.10 | $412.50 |
| 3/23/2022 | Filed Motion for Entry of Default Judgment and sent to Defendant via mail | Gina Garity | $125.00 | 0.8 | $100.00 |
| 3/31/2022 | Drafted Motion for Default Judgement | Nathan C. Volheim | $375.00 | 2.0 | $750.00 |

| Date | Description | Attorney | Rate | Hours | Total |
|---|---|---|---|---|---|
| 5/28/2022 | Appeared at Hearing for Motion for Default Judgment | Nathan C. Volheim | $375.00 | 1.0 | $375.00 |
| 6/8/2022 | Zoom conference with clients to discuss damages in preparation of Damages Hearing | Nathan C. Volheim | $375.00 | 1.0 | $375.00 |
| 6/15/2022 | Reviewed documents provided by client in preparation of Damages Hearing | Gina Garity | $125.00 | 1.5 | $187.50 |
| 6/22/2022 | Prepared Affidavit and Exhibits for Damages Hearing | Nathan C. Volheim | $375.00 | 2.0 | $750.00 |
| 6/27/2022 | Zoom call with client to discuss Damages Hearing | Nathan C. Volheim | $375.00 | 0.7 | $262.50 |
| 6/29/2022 | Prepared and Attended Hearing on Damages | Nathan C. Volheim | $375.00 | 3.0 | $1,125.00 |
| 7/27/2022 | Prepared Position Statement and updated itemization of attorney's fees | Eric D. Coleman | $375.00 | 3.0 | $1,125.00 |
| | | | | | $ 7,887.50 |

**Costs:**
| | |
|---|---|
| Filing Fee | $ 402.00 |
| Service(R.O.S. Consulting, Inc.) | $ 120.00 |
| Mailing Cost | $ 17.90 |
| **Total Costs:** | **$ 539.90** |

**Grand Total**
| | |
|---|---|
| Attorney Fees | $ 7,887.50 |
| Costs | $ 539.90 |
| **Total** | **$ 8,427.40** |