# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Matthew S. Harrington, et al., ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Von Baron Legal Team, ) <br> Defendant. ) | Case No. 22 CV 50007 <br><br> Judge Iain D. Johnston |

## ORDER

Before the Court is a Report and Recommendation [32] from Judge Schneider that the plaintiff's motion for a default judgment [18] be granted and that damages be awarded in the amount of $18,227.40. After conducting an evidentiary hearing at which the defendant did not appear, Judge Schneider concluded that the plaintiffs' damages consisted of the money the plaintiffs paid to hire the defendant ($3,890.94), the approximate amount of late fees they incurred ($909.06), emotional damages ($5,000), plus costs ($539.90) and reasonable attorneys' fees ($7,887.50) as provided under 815 ILCS 505/10a(c). Judge Schneider gave the parties to 9/6/2022 for any objection to her Report and Recommendation, but none was filed. In light of Judge Schneider's well-reasoned decision, the Court accepts her Report and Recommendation [32], grants the plaintiffs' motion for a default judgment [18], and awards the plaintiffs damages in the total amount of $18,227.40.

Date: September 14, 2022        By: _____
                                     Iain D. Johnston
                                     United States District Judge